UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN MITCHEL GONZALES,<br><br>Defendant. | Case No. 2:13-CR-00369-JCM-PAL<br><br>ORDER |

Presently before the court is defendant Nathan Gonzales's motion to withdraw abridged motion to vacate (ECF No. 29) without prejudice. (ECF No. 30).

Defense counsel states that after reviewing the abridged motion to vacate and discussion with defendant, defendant requests that his abridged motion be withdrawn without prejudice. Defense counsel further requests that the Office of the Federal Public Defender be withdrawn from the case.

Accordingly,

IT IS SO ORDERED.

DATED THIS 18th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE